**Ronald McKINLEY, Appellant,**

v.

**TREASURER OF the STATE of Missouri–CUSTODIAN OF the SECOND INJURY FUND, Respondent.**

**No. WD 76650.**

Missouri Court of Appeals,
Western District.

April 1, 2014.

Keith V. Yarwood, Kansas City, MO, for appellant.

Kimberley Cox Fournier, Kansas City, MO, for respondent.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, MARK D. PFEIFFER, Judge and KAREN KING MITCHELL, Judge.

Cum.Supp.2012 unless otherwise noted.

## ORDER

PER CURIAM:

Ronald McKinley appeals from the Labor and Industrial Relations Commission's workers' compensation award granting McKinley $7,890.87 of compensation from the Second Injury Fund for permanent partial disability benefits and denying McKinley compensation from the Second Injury Fund for permanent total disability benefits. McKinley argues that the Commission erred in failing to find that he suffered from a work-related psychiatric impairment that combined with other workplace injuries to support an award for permanent total disability benefits from the Second Injury Fund. We affirm. Rule 84.16(b).